UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL ANTONIO VARGAS,

        Plaintiff,

vs.

Sheriff G. MUNKS; Dr. SPENCER; Dr. LINQUIST; Nurse Practitioner J. GRANIDO; and JOHN AND JANE DOES 1-10,

        Defendants.

No. C 09-1848 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by a state prisoner. His application for leave to proceed in forma pauperis was granted on October 20, 2009. Because of plaintiff's substantial trust account balance, an initial partial filing fee of $167.00 was imposed. *See* 28 U.S.C. § 1915(b)(1). He was given thirty days to pay it. Plaintiff has instead written asking to dismiss his case. The request (document number 15 on the docket sheet) is **GRANTED**. This case is dismissed without prejudice.

    **IT IS SO ORDERED.**

Dated: December 22, 2009.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

P:\PRO-SE\PJH\CR.09\VARGAS1848.DSM.wpd